**UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| **NADIA ROBERTS,** an individual,  *  *  *  **PLAINTIFF,**  *  v.  *  *  **SEJ ASSET MANAGEMENT & INVESTMENT COMPANY,** a corporation,  *  *  *  *  **DEFENDANT.** | Case No. 3:23-CV-01625-HZ  STIPULATED DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, Plaintiff hereby notifies the Court that the parties stipulate to, and request that the Court enter, an order of dismissal of this action with prejudice and without an award of attorneys' fees and costs to either party.

IT IS SO STIPULATED this 24th day of October 2024.

/s/ Jessica Molligan
Jessica Molligan, OSB #001823
Attorney for Plaintiff
Email: jessicamolligan@comcast.net

/s/ Michael S. Orr
Michael S. Orr, Admitted *Pro Hac Vice*
Attorney for Defendant
Email: msorr@calljensen.com